# U.S. Bankruptcy Court
## District of Delaware (Delaware)
### Bankruptcy Petition #: 05-11619-JKF

*Assigned to:* Judith K. Fitzgerald
Chapter 13
Voluntary
Asset

*Date Filed:* 06/10/2005
*Date Dismissed:* 09/02/2005

**Phillip A. Dye,** *BARRED FROM FILING FOR 2 YEARS (9/2/05)*
403 Union Church Road
Townsend, DE 19734
302-378-8015
SSN: xxx-xx-0692
*Debtor*

represented by **Phillip A. Dye**
PRO SE

**Rebecca J. Dye,** *BARRED FROM FILING FOR 2 YEARS (9/2/05)*
403 Union Church Road
Townsend, DE 19734
302-378-8015
SSN: xxx-xx-8405
*Joint Debtor*

represented by **Rebecca J. Dye**
PRO SE

**Michael B. Joseph - Chapter 13 Trustee**
824 Market Street
P.O. Box 1351
Wilmington, DE 19899-1351
302-656-0123
*Trustee*

represented by **Michael B. Joseph - Chapter 13 Trustee**
824 Market Street
P.O. Box 1351
Wilmington, DE 19899-1351
302-656-0123
Email: mjoseph@ch13de.com

**United States Trustee**
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
302-573-6491
*U.S. Trustee*

| Filing Date | # | Docket Text |
|---|---|---|
| 06/10/2005 | 1 | Chapter 13 Voluntary Petition. Receipt Number 73287, Amount Paid $48.50. Filed by Phillip A. Dye , Rebecca J. Dye . (MNH, ) Modified on 6/10/2005 (MNH, ). (Entered: 06/10/2005) |
| 06/10/2005 | 2 | Application to Pay Filing Fee in Installments Filed by Phillip A. Dye, Rebecca J. Dye. (MNH, ) (Entered: 06/10/2005) |
| 06/10/2005 | 3 | Order Denying Application To Pay Filing Fees In Installments. Prior filing fees due. (Related Doc # 2). Order Signed on 6/10/2005. Full Payment due 6/20/2005. (MNH, ) (Entered: 06/10/2005) |

| | | |
|---|---|---|
| 06/12/2005 | 4 | BNC Certificate of Mailing. (related document(s)3 ) Service Date 06/12/2005. (Admin.) (Entered: 06/13/2005) |
| 06/13/2005 | 5 | Notice Regarding Deficient Filings. Schedules A-J, Summary of Schedules, Statement of Financial Affairs & Declaration, Declaration Concerning Debtor's Schedules and Chapter 13 Plan & Analysis Due By 6/27/05. (LC, ) (Entered: 06/13/2005) |
| 06/13/2005 | 6 | Meeting of Creditors 341(a) meeting to be held on 7/6/2005 at 02:00 PM at US District Court, 844 King St., Room 2112, Wilmington, Delaware. Proofs of Claims due by 10/4/2005. Government Proof of Claim due by 12/7/2005. Confirmation hearing to be held on 7/25/2005 at 02:00 PM at Alternate Meeting Site. (LC, ) (Entered: 06/13/2005) |
| 06/14/2005 | 7 | Notice of Withdrawal *of Signature from Bankruptcy Petition* Filed by Rebecca J. Dye. (BAM, ) (Entered: 06/14/2005) |
| 06/14/2005 | 8 | Order Setting Rule to Show Cause Why this Debtor's Bankruptcy Petition Should not be Dismissed with Prejudice Order Signed on 6/14/2005. (DKF, ) (Entered: 06/14/2005) |
| 06/14/2005 | 9 | BNC Notice of Order Setting Rule to Show Cause Why this Debtor's Bankruptcy Petition Should not be Dismissed with Prejudice Order Signed on 6/14/2005. (related document(s)8 ) (DKF, ) (Entered: 06/14/2005) |
| 06/14/2005 | 10 | Notice of Hearing on Notice of Withdrawal of Signature from Bankruptcy Petition. Hearing scheduled for 6/28/2005 at 10:00 AM at US Bankruptcy Court, 824 Market St., Wilmington, DE. (related document(s)7 ) (BAM, ) (Entered: 06/14/2005) |
| 06/15/2005 | 11 | BNC Certificate of Mailing - Meeting of Creditors. (related document(s)6 ) Service Date 06/15/2005. (Admin.) (Entered: 06/16/2005) |
| 06/15/2005 | 12 | BNC Certificate of Mailing. (related document(s)5 ) Service Date 06/15/2005. (Admin.) (Entered: 06/16/2005) |
| 06/16/2005 | 13 | BNC Certificate of Mailing. (related document(s)9 ) Service Date 06/16/2005. (Admin.) (Entered: 06/17/2005) |
| 06/16/2005 | 14 | BNC Certificate of Mailing - Hearing. (related document(s)10 ) Service Date 06/16/2005. (Admin.) (Entered: 06/17/2005) |
| 06/17/2005 | 15 | Order (AMENDED) Setting Rule to Show Cause Why This Debtor's Bankruptcy Petition Should Not be Dismissed With Prejudice. (related document(s)8 ) Order Signed on 6/16/2005. (LCN, ) (Entered: 06/17/2005) |
| 06/17/2005 | 16 | (ENTERED IN ERROR - INCORRECT IMAGE)BNC Notice of Order (AMENDED) Setting Rule to Show Cause Why This Debtor's Bankruptcy Petition Should Not be Dismissed With Prejudice. (related document(s)15 ) (LCN, ) Modified on 7/7/2005 (LCN, ). (Entered: 06/17/2005) |
| 06/19/2005 | 17 | (ENTERED IN ERROR SEE DOCKET NO. 16)BNC Certificate of Mailing. (related document(s)16 ) Service Date 06/19/2005. (Admin.) Modified on 7/7/2005 (LCN, ). (Entered: 06/20/2005) |
| 06/21/2005 | | Receipt of Final Installment Payment. Receipt Number 73334, Installment Amount |

| | | |
|---|---|---|
| | | $145.50 (related document(s)3 ) (MNH, ) (Entered: 06/21/2005) |
| 06/21/2005 | 18 | Chapter 13 Plan *and Analysis* Filed by Phillip A. Dye, Rebecca J. Dye (BAM, ) (Entered: 06/21/2005) |
| 06/21/2005 | 19 | Schedules A-J, Statement of Financial Affairs, Summary of Schedules. Filed by Phillip A. Dye , Rebecca J. Dye (BAM, ) (Entered: 06/21/2005) |
| 06/21/2005 | 20 | Motion to Recuse Judge *J.K.Fitzgerald and Michael Joseph for Judicial Conflict* Filed by Phillip A. Dye, Rebecca J. Dye Hearing scheduled for 6/28/2005 at 10:00 AM at US Bankruptcy Court, 824 Market St., Wilmington, DE.. (BAM, ) (Entered: 06/21/2005) |
| 06/21/2005 | 21 | Notice of Hearing *on Motion to Recuse* (related document(s)20 ) Filed by Phillip A. Dye, Rebecca J. Dye. Hearing scheduled for 6/28/2005 at 10:00 AM at US Bankruptcy Court, 824 Market St., Wilmington, DE. (BAM, ) (Entered: 06/21/2005) |
| 06/22/2005 | 22 | BNC Notice of Motion to Recuse Judge J.K.Fitzgerald and Michael Joseph for Judicial Conflict Hearing scheduled for 6/28/2005 at 10:00 AM at US Bankruptcy Court, 824 Market St., Wilmington, DE.. (related document(s)20 ) (BAM, ) (Entered: 06/22/2005) |
| 06/22/2005 | 23 | Motion to Continue Hearing On *June 28th at 10:00am along with the 341 Meeting of Creditor on July 6th 2005* (related document(s)20, 6, 15, 7, 8 ) Filed by Phillip A. Dye, Rebecca J. Dye. (BAM, ) (Entered: 06/22/2005) |
| 06/22/2005 | 24 | Order Vacating Notice of Hearing. (related document(s)22, 21 ) Order Signed on 6/22/2005. (LCN, ) (Entered: 06/22/2005) |
| 06/24/2005 | 25 | Order Rescheduling the Rule to Show Cause Why This Debtor's Bankruptcy Petition Should not be Dismissed With Prejudice. (related document(s)20, 15, 23, 7 ) Order Signed on 6/24/2005. (LCN, ) (Entered: 06/24/2005) |
| 06/24/2005 | 26 | BNC Notice of Order Rescheduling the Rule to Show Cause Why This Debtor's Bankruptcy Petition Should not be Dismissed With Prejudice. (related document(s)25 ) (LCN, ) (Entered: 06/24/2005) |
| 06/24/2005 | 27 | BNC Certificate of Mailing. (related document(s)22 ) Service Date 06/24/2005. (Admin.) (Entered: 06/25/2005) |
| 06/26/2005 | 28 | BNC Certificate of Mailing. (related document(s)26 ) Service Date 06/26/2005. (Admin.) (Entered: 06/27/2005) |
| 07/01/2005 | 29 | Motion for Relief from Stay *as to 403 Union Church Road, Townsend DE 19734*. Fee Amount $150. Filed by IndyMac Bank Hearing scheduled for 8/30/2005 at 09:00 AM at US Bankruptcy Court, 824 Market St., Wilmington, DE. Objections due by 8/22/2005.. (Attachments: # 1 Affidavit # 2 Attachment loan docs# 3 Attachment OTA# 4 Attachment TAX) (Dignon, Neil) (Entered: 07/01/2005) |
| 07/01/2005 | 30 | Receipt of filing fee for Motion for Relief From Stay (B)(05-11619-JKF) [motion,mrlfsty] ( 150.00). Receipt Number 2122493, amount $ 150.00. (U.S. Treasury) (Entered: 07/01/2005) |
| 07/01/2005 | 31 | Notice of Hearing (related document(s)29 ) Filed by IndyMac Bank. Hearing scheduled for 8/30/2005 at 09:00 AM at US Bankruptcy Court, 824 Market St., Wilmington, DE. |

| | | |
|---|---|---|
| | | Objections due by 8/22/2005. (Dignon, Neil) (Entered: 07/01/2005) |
| 07/06/2005 | 32 | Minute Sheet 341 Meeting Not Held and Continued *until after August 30th, 2005 special hearing* Filed by Michael B. Joseph - Chapter 13 Trustee.. (Joseph - Chapter 13 Trustee, Michael) (Entered: 07/06/2005) |
| 07/07/2005 | 33 | BNC Notice of Amended Order Setting Rule to Show Cause Why This Debtor's Bankruptcy Petition Should Not be Dismissed With Prejudice. (related document(s)15 ) (LCN, ) (Entered: 07/07/2005) |
| 07/08/2005 | 34 | Order Setting Rule to Show Cause Why Debtor Rebecca J. Dye's Petition Should Not Be Dismissed for August 30, 2005, at 8:30 a.m. in the Bankruptcy Court for the District of Delaware. Signed on 7/7/2005. Related to Dkt. No. 7. (Baker, Ramona) (Entered: 07/08/2005) |
| 07/08/2005 | 35 | Order Denying Motion to Recuse With Respect to Judge J.K. Fitzgerald and Setting Hearing on the Motion With Respect to Michael Joseph, Chapter 13 Trustee, for August 30, 2005, at 8:30 a.m. in the Bankruptcy Court for the District of Delaware. Related to Dkt. No. 20. Signed on 7/7/2005. (Baker, Ramona) (Entered: 07/08/2005) |
| 07/09/2005 | 36 | BNC Certificate of Mailing. (related document(s)33 ) Service Date 07/09/2005. (Admin.) (Entered: 07/10/2005) |
| 07/12/2005 | 37 | Objection to Confirmation of Plan Filed by Delaware Division of Revenue (Drowos, Stuart) (Entered: 07/12/2005) |
| 07/13/2005 | 38 | Hearing on Motion to Recuse with Respect to Michael Joseph Chapter 13 Trustee Hearing scheduled for 8/30/2005 at 08:30 AM at US Bankruptcy Court, 824 Market St., Wilmington, DE. (related document(s)35 ) (BAM, ) (Entered: 07/13/2005) |
| 07/15/2005 | 39 | Objection to Confirmation of Plan *by the Internal Revenue Service* (related document(s)18 ) Filed by United States/USAO (Slights, Ellen) (Entered: 07/15/2005) |
| 07/22/2005 | 40 | Response to *Motion of Debtors to Recuse Judge and Chapter 13 Trustee* (related document(s)20 ) Filed by Michael B. Joseph - Chapter 13 Trustee (Joseph - Chapter 13 Trustee, Michael) (Entered: 07/22/2005) |
| 07/25/2005 | 41 | Hearing Continued. Objection of the State Hearing scheduled for 8/30/2005 at 8:30 AM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #6, Wilmington, Delaware. (related document(s)37 ) (BAM, ) (Entered: 07/27/2005) |
| 07/27/2005 | 42 | BNC Notice of Continued Confirmation Hearing. Special Hearing scheduled for 8/30/2005 at 8:30 AM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #6, Wilmington, Delaware. (related document(s)37). (BAM, ) (Entered: 07/27/2005) |
| 07/28/2005 | 43 | Motion to Continue Hearing On *August 30, 2005 until later date.* (related document(s) 41, 38 ) Filed by Phillip A. Dye, Rebecca J. Dye. (BAM, ) (Entered: 07/28/2005) |
| 07/28/2005 | 44 | Motion to Show Cause *and The Demand to Dismiss Creditor Claims W/Prejudice* Filed by Phillip A. Dye, Rebecca J. Dye. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit) (BAM, ) (Entered: 07/29/2005) |
| 07/29/2005 | 45 | BNC Certificate of Mailing. (related document(s)42 ) Service Date 07/29/2005. |

| | | |
|---|---|---|
| | | (Admin.) (Entered: 07/30/2005) |
| 07/29/2005 | 46 | BNC Certificate of Mailing - Hearing. (related document(s)41 ) Service Date 07/29/2005. (Admin.) (Entered: 07/30/2005) |
| 08/02/2005 | 47 | Order Denying Motion to Continue. (related document(s)43 ) Order Signed on 8/2/2005. (LCN, ) (Entered: 08/02/2005) |
| 08/04/2005 | 48 | BNC Notice of Order Denying Motion to Continue Hearing. (related document(s)43, 47 ) (BAM, ) Modified text on 8/5/2005 (BAM, ). (Entered: 08/04/2005) |
| 08/04/2005 | 49 | Response to *Debtors' Notice Showing Cause and the Demand to Dismiss Creditor Claims with Prejudice* (related document(s)44 ) Filed by IndyMac Bank (Attachments: # 1 Certificate of Service) (Dignon, Neil) (Entered: 08/04/2005) |
| 08/06/2005 | 50 | BNC Certificate of Mailing. (related document(s)48 ) Service Date 08/06/2005. (Admin.) (Entered: 08/07/2005) |
| 08/11/2005 | 51 | Response to *Notice Showing Cause and the Demand to Dismiss Creditor Claims with Prejudice #44*, (related document(s)49 ) Filed by Phillip A. Dye (BAM, ) (Entered: 08/12/2005) |
| 08/12/2005 | 52 | Motion to Grant Proof of Claims. Filed by Phillip A. Dye, Rebecca J. Dye Hearing scheduled for 8/30/2005 at 08:30 AM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #6, Wilmington, Delaware. Objections due by 8/22/2005.. (BAM, ) (Entered: 08/12/2005) |
| 08/12/2005 | 53 | Motion to Enforce Penalty for Filing False Claims Filed by Phillip A. Dye, Rebecca J. Dye Hearing scheduled for 8/30/2005 at 08:30 AM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #6, Wilmington, Delaware. Objections due by 8/22/2005.. (BAM, ) (Entered: 08/12/2005) |
| 08/12/2005 | 54 | BNC Notice of Motion to Enforce Penalty for Filing False Claims, Motion to Grant Proof of Claims. Hearing scheduled for 8/30/05 8:30am 824 Market St Wilmington De 19801 (BAM, ) (Entered: 08/12/2005) |
| 08/14/2005 | 55 | BNC Certificate of Mailing. (related document(s)54 ) Service Date 08/14/2005. (Admin.) (Entered: 08/15/2005) |
| 08/19/2005 | 56 | Brief *United States' Motion to Dismiss Debtors' Motion to Dismiss Creditor Claims with Prejudice* (related document(s)51 ) Filed by United States of America, Internal Revenue Service (Attachments: # 1 Proposed Form of Order) (Keen, Charles) (Entered: 08/19/2005) |
| 08/19/2005 | 57 | Brief *Motion to Dismiss Debtors' Motion to Grant Proof of Claims* (related document(s)52 ) Filed by United States of America, Internal Revenue Service (Attachments: # 1 Proposed Form of Order) (Keen, Charles) (Entered: 08/19/2005) |
| 08/19/2005 | 58 | Brief *Motion to Dismiss Debtors' Motion to Enforce Penalty for Filing False Claims* (related document(s)53 ) Filed by United States of America, Internal Revenue Service (Attachments: # 1 Proposed Form of Order) (Keen, Charles) (Entered: 08/19/2005) |
| 08/23/2005 | 59 | Certificate of No Objection *to Indymac's Motion for Relief* (related document(s)29 ) |

| | | |
|---|---|---|
| | | Filed by IndyMac Bank (Attachments: # 1 Certificate of Service) (Dignon, Neil) (Entered: 08/23/2005) |
| 08/30/2005 | 60 | Motion to Show Cause *Mandatory Judicial Notice Rules of Evedence Rule 201*. Filed by Phillip A. Dye, Rebecca J. Dye. (BAM, ) (Entered: 08/30/2005) |
| 08/30/2005 | 61 | Notice of Filing of Civil Complaint. Filed by Phillip A. Dye (Attachments: # 1 A Exhibit # 2 B Exhibit # 3C Exhibit # 4D Exhibit # 5 E Exhibit # 6F Exhibit # 7G Exhibit # 8H Exhibit). (BAM, ) (Entered: 08/30/2005) |
| 08/31/2005 | 62 | Order (REVISIONS BY THE COURT) Terminating the Automatic Stay for Prospective Relief From the Automatic Stay. (Related Doc # 29) Order Signed on 8/26/2005. (LCN, ) (Entered: 08/31/2005) |
| 08/31/2005 | 63 | BNC Notice of Order Terminating the Automatic Stay for Prospective Relief From the Automatic Stay. (related document(s)62 ) (LCN, ) (Entered: 08/31/2005) |
| 09/01/2005 | 64 | Hearing Held ORDER TO BE ENTERED denying all Debtor's Motions to Dismiss the Proof of Claims filed by various Creditors with Prejudice and Dismissing the Cases of both Debtor's with Prejudice. BAR to refile for 2yrs (BAM, ) Modified text on 9/1/2005 (BAM, ). (Entered: 09/01/2005) |
| 09/01/2005 | 65 | Notice of Appeal (#05-64)*and Automatic Stay*. Fee Amount $255. (related document(s) [64] ) Filed by Phillip A. Dye Appellant Designation due by 9/12/2005. (BAM, ) Modified AP No.on 9/2/2005 (BAM, ). (Entered: 09/01/2005) |
| 09/02/2005 | 66 | Order Dismissing Case of Rebecca J. Dye. (related document(s)7 ) Order Signed on 9/2/2005. (LCN, ) (Entered: 09/02/2005) |
| 09/02/2005 | 67 | BNC Notice of Order Dismissing Case of Rebecca J. Dye. (related document(s)66 ) (LCN, ) (Entered: 09/02/2005) |
| 09/02/2005 | 68 | Order Denying Debtors' Motion to Show Cause and Granting United States' Motion to Dismiss Motion. (related document(s)44, 51, 56 ) Order Signed on 9/2/2005. (LCN, ) Modified text on 9/2/2005 (LCN, ). (Entered: 09/02/2005) |
| 09/02/2005 | 69 | BNC Notice of Order Denying Debtors' Motion to Show Cause and Granting United States' Motion to Dismiss Motion. (related document(s)68 ) (LCN, ) (Entered: 09/02/2005) |
| 09/02/2005 | 70 | Order Denying Debtors' Motion to Enforce Penalty for Filing False Claims and Granting the Motion to Dismiss Debtors' Motion Filed on Behalf of the Internal Revenue Service. (related document(s)58, 53 ) Order Signed on 9/2/2005. (LCN, ) (Entered: 09/02/2005) |
| 09/02/2005 | 71 | BNC Notice of Order Denying Debtors' Motion to Enforce Penalty for Filing False Claims and Granting the Motion to Dismiss Debtors' Motion Filed on Behalf of the Internal Revenue Service. (related document(s)70 ) (LCN, ) (Entered: 09/02/2005) |
| 09/02/2005 | 72 | Order Denying Motion to Grant Proofs of Claim. (related document(s)52, 57 ) Order Signed on 9/2/2005. (LCN, ) (Entered: 09/02/2005) |
| 09/02/2005 | 73 | BNC Notice of Order Denying Motion to Grant Proofs of Claim. (related document(s) |

| | | |
|---|---|---|
| | | 72 ) (LCN, ) (Entered: 09/02/2005) |
| 09/02/2005 | 74 | Order Dismissing Case With Prejudice. (related document(s)15, 8 ) Signed on 9/2/2005. (LCN, ) (Entered: 09/02/2005) |
| 09/02/2005 | 75 | BNC Notice of Order Dismissing Case With Prejudice. (related document(s)74 ) (LCN, ) (Entered: 09/02/2005) |
| 09/02/2005 | 76 | BNC Certificate of Mailing. (related document(s)63 ) Service Date 09/02/2005. (Admin.) (Entered: 09/03/2005) |
| 09/04/2005 | 77 | BNC Certificate of Mailing. (related document(s)67 ) Service Date 09/04/2005. (Admin.) (Entered: 09/05/2005) |
| 09/04/2005 | 78 | BNC Certificate of Mailing. (related document(s)69 ) Service Date 09/04/2005. (Admin.) (Entered: 09/05/2005) |
| 09/04/2005 | 79 | BNC Certificate of Mailing. (related document(s)71 ) Service Date 09/04/2005. (Admin.) (Entered: 09/05/2005) |
| 09/04/2005 | 80 | BNC Certificate of Mailing. (related document(s)73 ) Service Date 09/04/2005. (Admin.) (Entered: 09/05/2005) |
| 09/04/2005 | 81 | BNC Certificate of Mailing. (related document(s)75 ) Service Date 09/04/2005. (Admin.) (Entered: 09/05/2005) |
| 09/12/2005 | 83 | Praecipe, Request for copy of the Evidence File Filed by Phillip A. Dye , Rebecca J. Dye (BAM, ) (Entered: 09/13/2005) |
| 09/13/2005 | 82 | Transcript of Hearing held on August 30, 2005 before the Honorable Judith K. Fitzgerald. (BJM) (Entered: 09/13/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/20/2005 09:58:32 | | | |
| **PACER Login:** | ud0037 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 05-11619-JKF Fil or Ent: Fil From: 1/1/2005 To: 9/20/2005 Doc From: 0 Doc To: 99999999 Term: y Links: n Format: HTMLfmt |
| **Billable Pages:** | 5 | **Cost:** | 0.40 |