−05−684−

This matter is of an emergency nature whereas the creditor Indymac Bank will initiate an immediate foreclose on the proper as noted in filing. We seek this stay to stay that attempt.

Phillip Allen Clye

9/20/2005



RECEIVED
SEP 20 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE