UNITED STATES DISTRICT COURT
FOR THE DELAWARE DISTRICT

ORIGINAL

| | |
|---|---|
| phillip allen dye and rebecca jane dye ) | Case No: 1:05-cv-684 - SLR |
| Appellant s ) | |
| ) | Reference Chapter 13 Bankruptcy |
| V. ) | Case 05-11619-JKF |
| Michael B. Joseph Bankruptcy Court Trustee ) | |
| ) | Appeal |
| Appellee | |

**Petition Demanding Removal For Judicial Conflict of Interest**

The Appellants are demanding that Judge Sue L. Robinson be removed from this Appeals Case for reason of Conflict of Interest including but not limited to bias impartiality prejudice the inclination to exhibit retaliation.

The Appellant phillip allen dye has filed a Law Suite against Judge Sue L. Robinson for Judicial Misconduct and breach of Oath of Office and Breach of Fiduciary Duty as a Public Servant and Court Judicial Official a host of other civil claims and criminal charges against them.

Judge Sue L. Robinson was noticed that the Law Suite is filed in the United States Court of Federal Claims Case No: 05-922 C.

THEREFORE The Appellants are demanding that Judge Sue L. Robinson disqualifies herself by Recusal or this Court removed her for the reasons above stated.

Date October 3, 2005

phillip allen dye

*phillip allen dye*

c/o 403 Union Church Road
Townsend, DE 19734

FILED
OCT - 4 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Affidavit of Service

phillip allen dye is publishing this fact that he served the above Petition Demanding Removal For Judicial Conflict of Interest by First Class Mail to the following men and women on the date October 3, 2005.

Michael B Joseph
824 Market St Suite 905
P O Box 1350
Wilmington, DE 19899-1350

Thomas D. H. Barnett
Draper & Goldberg, PLLC
PO Box 947 512 East Market Street
Georgetown, Delaware 19947-0947

Neil F Dignon
Draper & Goldberg, PLLC
PO Box 947 512 East Market Street
Georgetown, Delaware 19947-0947

Ellen W Slights
Assistant United States Attorney
1007 Orange Street Suite 700
Wilmington, Delaware 19899-2046

Stuart B Drowos Esquire
Deputy Attorney General
Delaware Division of Revenue
820 North French Street 8th Floor
Wilmington, Delaware 19801

*phillip allen dye*
_____

phillip allen dye
In care of: 403 Union Church Road
Townsend, Delaware 19734



U.S.M.S.
X-RAY

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570