IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHILLIP A. DYE and REBECCA J. DYE, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civ. No. 05-684-SLR ) |
| TRUSTEE MICHAEL B. JOSEPH, | ) ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 6th day of October, 2005, having considered plaintiffs' motion for recusal;

IT IS ORDERED that said motion (D.I. 6) is granted. The Clerk of Court is directed to reassign this matter.

                                        /s/ Sue L. Robinson
                                      United States District Judge