# UNITED STATES BANKRUPTCY COURT
# FOR THE DELAWARE DISTRICT

In Re: )
PHILLIP A DYE )
                                 ) **Case No: 05-11619 JKF**
        DEBTOR/Appellant )
                                 ) Reference: Chapter 13 Bankruptcy
                                 )
                                 )

## *Notice of Appeal and Automatic Stay*

I phillip allen dye am appealing to the United States Court of Appeals the Order Dismissing Bankruptcy Case 05-11619 JKF issued on August 30th 2005 by Judge Judith K Fitzgerald at the Hearing to Show Cause. The appeal incorporates the Automatic Stay.

Dated September 1, 2005

                             *phillip allen dye* (signature)
                             phillip allen dye, Secure Party
                             403 Union Church Road
                             Townsend, Delaware Republic
                             Near [19734]

# AFFIDAVIT OF SERVICE

I, *phillip allen dye* affirm one copy of the Notice of Appeal was mailed to individuals listed below by first class mail as noted below. One copy of the Notice of Appeal is filed with the Clerk of the US BANKRUPTCY COURT FOR DELAWARE.

Neil F. Dignon, Esquire
Draper and Goldberg
512 East Market Street PO BOX 947
Georgetown, DE 19947-0947

Stuart B. Drowos, Esquire
Deputy Attorney General
Delaware Division of Revenue
820 N. French Street
Wilmington, De 19801

Ellen W Slights, Esquire
1007 Orange Street Suite 700
PO Box 2046
Wilmington, DE 19899-2046

Court Trustee Michael B. Joseph
824 Market Street Suite 905
P O Box 1350
Wilmington, DE 19899-1350

Dated September 1, 2005

*phillip allen dye*
_____
phillip allen dye, Secure Party
403 Union Church Road
Townsend, Delaware Republic
Near [19734]