**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

**Kaiser Aluminum Corporation**
**Bankruptcy Case No. 05-11619JFK**          Date 1/13/06
**Appeal No.: 05-64**


**Name of Appellant**     Phillip A Dye


**Counsel for Appellant** (s) Pro se


**Name of Appellee** N/A

**Enclosed Items:**
**Notice of Appeal 05-64, Copy of Appeal #65, Order doc #66,68,70,72,74.**


**Appellant: Designation doc N/A**

**Appellee: Designation doc   N/A**