IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE

Phillip A. Dye and Rebecca J. Dye
  Debtors

Bankruptcy No. 05-11619-JKF
Chapter 13

Related to Dkt. No. 7, Notice of Withdrawal of Signature from Bankruptcy Petition filed by Rebecca J. Dye, Dkt. No. 34, Order Setting Rule to Show Cause Why Debtor Rebecca J. Dye's Petition Should Not Be Dismissedd

## ORDER DISMISSING CASE OF REBECCA J. DYE

AND NOW, this 2nd day of September, 2005,

WHEREAS Rebecca J. Dye filed a notice of withdrawal of her signature from the bankruptcy petition, "effective immediately";

WHEREAS the notice was filed June 13, 2005;

It is **ORDERED** that the petition with respect to Rebecca Dye is **DISMISSED with prejudice** and Debtor is barred from filing any other bankruptcy case for two (2) years. This Debtor Rebecca Dye's second bankruptcy since August 1, 2003.

It is **FURTHER ORDERED** that the Clerk shall immediately serve a copy of this Order on Debtors at both addresses listed in their pleadings and all creditors and parties in interest and the U.S. Trustee.

*Judith K. Fitzgerald*
Judge Judith K. Fitzgerald
United States Bankruptcy Judge