IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE

| | |
|---|---|
| Phillip A. Dye and Rebecca J. Dye<br>Debtors | Bankruptcy No. 05-11619-JKF<br>Chapter 13 |
| | **Related to Dkt. No. 44, Debtors' Motion to Show Cause and the Demand to Dismiss Creditor Claims With Prejudice, Dkt. No. 51, Response to Notice Showing Cause and the Demand to Dismiss Creditor Claims With Prejudice, Dkt. No. 56, United States' Motion to Dismiss Debtors' Motion to Dismiss Creditor Claims With Prejudice** |

**ORDER DENYING DEBTORS' MOTION TO SHOW CAUSE AND
GRANTING UNITED STATES' MOTION TO DISMISS MOTION**

AND NOW, this 2nd day of **September, 2005**,

WHEREAS Debtors filed the Notice and Demand to Dismiss Creditor Claims With Prejudice at Docket No. 44;

WHEREAS the pleading filed by Debtors and docketed as a response, filed at Docket No. 51, is captioned "Motion to Dismiss Creditor Claims With Prejudice";

WHEREAS the subject of the pleadings was addressed in Debtors' prior case(s);

WHEREAS Debtors failed to properly serve the United States as required by Fed.R.Bankr.P. 9014 and 7004;

It is **ORDERED** that Debtors' motion at Docket No. 44 and the response at Docket No. 51, to the extent it can be construed as a motion, are **DENIED**.

It is **FURTHER ORDERED** that the United States' Motion to Dismiss Debtors' Motion is **GRANTED**.

It is **FURTHER ORDERED** that the Clerk shall immediately serve a copy of this Order on Debtors at both addresses listed in their pleadings.

*Judith K. Fitzgerald*  rmab
Judge Judith K. Fitzgerald
United States Bankruptcy Court