IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE

| | |
|---|---|
| Phillip A. Dye and Rebecca J. Dye<br>Debtors | Bankruptcy No. 05-11619-JKF<br>Chapter 13 |
| | **Related to Dkt. No. 53, Debtors' Motion to Enforce Penalty for Filing False Claims; Dkt. No. 58, Motion to Dismiss Debtors' Motion to Grant Proofs of Claim filed on behalf of the United States of America, Internal Revenue Service** |

ORDER DENYING DEBTORS' MOTION TO ENFORCE PENALTY
FOR FILING FALSE CLAIMS AND GRANTING THE MOTION TO DISMISS
DEBTORS' MOTION FILED ON BEHALF OF THE
INTERNAL REVENUE SERVICE

AND NOW, this 2nd day of **September, 2005,**

**WHEREAS** the subject of the motion was with respect to the claims of the secured creditor, IndyMac Bank, and certain tax claims of the United States of America;

**WHEREAS** IndyMac Bank provided Debtors with an accounting in their prior bankruptcy;

**WHEREAS** IndyMac's motion for relief from the automatic stay, Docket No. 29, was granted by Order dated August 26, 2005, at Docket No. 62;

**WHEREAS** Debtors advance the same arguments that were rejected in prior case(s);

**WHEREAS** Debtors failed to properly serve the United States as required by Fed.R.Bankr.P. 9014 and 7004;

It is **ORDERED** that the motion to enforce penalty is **DENIED.**

It is **FURTHER ORDERED** that the motion filed on behalf of the Internal Revenue Service to dismiss Debtors' motion is **GRANTED.**

It is **FURTHER ORDERED** that the Clerk shall immediately serve a copy of this Order

on Debtors at both addresses listed in their pleadings.

*Judith K. Fitzgerald*
Judge Judith K. Fitzgerald          rmab
United States Bankruptcy Court