IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE

Phillip A. Dye and Rebecca J. Dye
    Debtors

Bankruptcy No. 05-11619-JKF
Chapter 13

Related to Dkt. No. 52, Motion to Grant Proofs of Claim; Dkt. No. 57, Motion to Dismiss Debtors' Motion to Grant Proofs of Claim filed on behalf of the United States of America, Internal Revenue Service

### ORDER DENYING MOTION TO GRANT PROOFS OF CLAIM

AND NOW, this 2nd day of **September, 2005,**

**WHEREAS** Debtors' motion to grant proofs of claim seeks dismissal of certain creditors' claims;

**WHEREAS** the subject matter of Debtors' motion was addressed and rejected in prior case(s);

**WHEREAS** Debtors failed to properly serve the United States as required by Fed.R.Bankr.P. 9014 and Fed.R.Bankr.P. 7004;

It is **ORDERED** that Debtors' motion is **DENIED.**

It is **FURTHER ORDERED** that the motion to dismiss Debtors' motion filed on behalf of the Internal Revenue Service is **GRANTED.**

It is **FURTHER ORDERED** that the Clerk shall immediately serve a copy of this Order on Debtors at both addresses listed in their pleadings.

*Judith K. Fitzgerald*
rmab
Judge Judith K. Fitzgerald
United States Bankruptcy Court