IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE

Phillip A. Dye and Rebecca J. Dye  Bankruptcy No. 05-11619-JKF
Debtors  Chapter 13

Related to Dkt. No. 8 and 15, Rule and Amended Rule to Show Cause Why This Bankruptcy Petition Should Not be Dismissed With Prejudice

### ORDER DISMISSING CASE WITH PREJUDICE

AND NOW, this 2nd day of September, 2005,

WHEREAS this is Debtor Phillip Dye's third bankruptcy filing;

WHEREAS case number 03-12394-JKF, filed August 1, 2003, by Phillip and Rebecca Dye was dismissed October 27, 2003, on Debtors' motion to dismiss

WHEREAS case number 03-13727, filed December 8, 2003, by Phillip Dye was dismissed May 21, 2004, for failure to propose a confirmable plan;

WHEREAS Phillip Dye's appeal from that order was denied by the District Court for the District of Delaware, Civ. No. 04-386-SLR, by order dated October 6, 2004;

WHEREAS Phillip Dye's appeal to the Court of Appeals for the Third Circuit was dismissed by order dated June 1, 2005;

WHEREAS case number 05-11619 was filed June 10, 2005, and a plan proposed which provided for no payments to any creditors;

WHEREAS at the hearing on the rule to show cause held August 30, 2005, Debtor raised the same issues and asserted the same positions that were raised in the prior cases and were the subject of an appeal which was dismissed;

**WHEREAS** Debtors refuse to file tax returns or to pay taxes owed;

It is **ORDERED** that case number 05-11619 is **DISMISSED with prejudice.**

It is **FURTHER ORDERED** that Debtors are barred from filing for two (2) years.

It is **FURTHER ORDERED** that the Clerk shall immediately serve a copy of this Order on Debtors at both addresses listed in their pleadings and all creditors and parties in interest and the U.S. Trustee.

*/s/ Judith K. Fitzgerald*
rmab

Judge Judith K. Fitzgerald
United States Bankruptcy Court