...

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

Clerk of Court

824 Market Street
Wilmington, DE 19801
(302) 252-2900

Date: January 13, 2006

To: Clerk of Court
U.S. District Court
District of Delaware
Wilmington De 19801

Re: Phillip A Dye
Bankruptcy Case #05-11619
Ap 05-64

Enclosed you will find Notice of Appeal doc #65 Orders docket #'s 66,68,70,72,74.

Kindly acknowledge receipt of this document.

Sincerely,

*Betsy Magnuson*
Deputy Clerk

I hereby acknowledge receipt of the above transferred record this ___ day of _____ 2003.

By:_____
       Deputy Clerk

_____ Supervisor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

**Phillip A Dye**
**Bankruptcy Case No. 05-11619JFK**            Date 1/13/06
**Appeal No.: 05-64**

**Name of Appellant**     Phillip A Dye

**Counsel for Appellant** (s) Pro se

**Name of Appellee** N/A

**Enclosed Items:**
Notice of Appeal 05-64, Copy of Appeal #65, Order doc #66,68,70,72,74.

**Appellant: Designation doc N/A**

**Appellee: Designation doc**    N/A