IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 13 |
| | ) | |
| PHILLIP A. DYE, | ) | Bank. Case No. 05-11619 JKF |
| | ) | |
| Debtor. | ) | |
| | ) | |
| PHILLIP A. DYE and REBECCA J. DYE, | ) | |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-684-KAJ |
| | ) | |
| TRUSTEE MICHAEL B. JOSEPH, | ) | |
| | ) | |
| Appellee. | ) | |

### ORDER

At Wilmington this 20th day of January, 2006,

IT IS HEREBY ORDERED that:

1. Appellants opening brief and appendix shall be filed on or before February 28, 2006;

2. Appellee's answering brief and appendix shall be filed on or before March 21, 2006; and

3. Appellant's reply brief shall be filed on or before March 31, 2006.

UNITED STATES DISTRICT JUDGE