| | |
|---|---|
| Secured Parties phillip allen dye and rebecca jane dye | ) |
|                      Petitioners | ) Chapter 13 |
| | ) Bank, Case No. 05-11619 JFK |
| Sue L. Robinson | ) Civil Action No. 05-684-KAJ |
| J. Caleb Boggs Federal Building | ) |
| 844 North King Street | ) Delivery Confirmation Number: |
| Room 6124 Lock Box 31 | )    0302 1790 0003 1154 7605 |
| Wilmington Delaware 19801 | ) |
|                Chief Judicial Official | ) By Special Appearance |

## Notice of Adjudicative Facts of Void Order
## Petition-Demand To Correct The Wrong

Sue L Robinson, Chief Judicial Officer,

1. The enclosed notice as title above is submitted petitioning this court to correct the error as cited in the notice. The error as evidenced in the notice if not corrected within 72 Hours could result in liabilities of Judicial Disciplinary action, civil action and or criminal action for misconduct of the judicial officer for all parties involved.

*Notice to the Principle is Notice to the Agent*

*Notice to the Agent is Notice to the Principle*

*Sui Juris – Jura summi imperii*

I phillip allen dye and I rebecca jane Dye herein attest that the above statement is true and correct to best of my knowledge under penalty of perjury In My Private Capacity my Own Right Propria Persona Sui Jura Summi Imperii I affirm and execute this document. I therefore place my Autograph and Seal in Witness thereof.

Date: August 03, 2006

Autograph: *phillip allen dye*

Autograph: *rebecca jane dye*

                                                      **THIS INSTRUMENT IS**
                                                      **NON-NEGOTIABLE**

[Seal: Jurat Sui Juris]