OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 4, 2006

Phillip A. Dye
Rebecca J. Dye
403 Union Church Road
Suite 1 A
Townsend, DE 19734

    Re:  Document Received 8/4/06 Titled "Notice of Adjudicative Facts of Void Order Ab Initio Petition-Demand to Correct the Wrong" - construed as a MOTION for Reconsideration
       Civil Action No. 05-684 KAJ
       Notice of Deficiency as to:  Service of Documents upon Defense Counsel

Dear Mr. And Mrs. Dye :

  Pursuant to Local Rule 5.1.2, I write to report the Clerk has accepted the above papers for docketing, but the Court will take no action with regard to the matter until the following deficiency is corrected:

\_\_\_  1. <u>Local Counsel</u> (Local Rule 83.5 (d))
    \_\_\_ All notices, pleadings and papers shall be served on local counsel
    \_\_\_ All papers filed with the Court must be signed by local counsel

\_\_\_  2. <u>Form of Papers</u> (Local Rule 5.1.1)
    \_\_\_ Cover page fails to comply with Local Rule 5.1.1
    \_\_\_ Information below signature line fails to comply with
       Local Rule 5.1.1 & 7.1.3 (a)(1) - no Delaware Bar I.D. number
    \_\_\_ other:

**XX** 3. <u>Service</u> (Local Rule 5.2)
    **XX** Paper lacks certification of service for service upon Defense Counsel.
    \_\_\_ Letter fails to identify proper service - No copy to the Clerk of Court
    \_\_\_ Letter fails to indicate method of delivery for all recipients

\_\_\_  4. <u>Number of Copies</u> (Local Rule 5.3 and the Court's Scheduling Order)

___ 5. Motions (Various Local Rules and the Court's Scheduling Order)
  ___ Failure to schedule conference with the Court prior to filing discovery motion according to the Court's Scheduling Order
  ___ Failure to include statement showing efforts to reach agreement according to Local Rule 7.1.1
  ___ Failure to include pleading as amended, and one copy; the motion shall include a form of the amended pleading which shall indicate in what respect it differs from the pleading which it amends, by bracketing materials to be deleted and underlining materials to be added according to Local Rule 15.1
  ___ Discovery motion does not include or recite discovery that is subject of motion according to Local Rule 37.1
  ___ Failure to file an Opening Brief and accompanying affidavit(s) on the date of the filing of the said motion according to Local Rule 7.1.2.
  ___ No Notice of Motion is Required according to Local Rule 7.1.2
  ___ No Proposed Order filed with the motion

___ 6. Briefs (Local Rules 7.1.2 and 7.1.3)
  ___ Cover
  ___ Format Local Rule 7.1.3 (a)(3)
  ___ Length
  ___ Other

___ 7. Request for Extension of Time (Local Rule 16.5)
  ___ Lacks Statement
  ___ Other

XX  8. Other - **Copies of all documents filed with the Court must be served upon Defense counsel. Defense counsel's address information is attached.**

  Your papers have been docketed by the Court, however no action will be taken until the above discrepancies have been corrected. Pursuant to Rule 5.1.2 please promptly serve a copy of this notice on all other parties.

           Very truly yours,

           *Bob Cruikshank*

           Deputy Clerk

Enclosure

cc:  Case File
   All local counsel via CM/ECF

**Search Results**

Thomas D.H. Barnett
Thomas D.H. Barnett, Esq.
512 East Market Street
Georgetown, DE 19947


Neil Francis Dignon
Neil Francis Dignon, Esq.
512 East Market Street
Georgetown, DE 19947


Stuart B. Drowos
Department of Justice
State of Delaware
820 N. French Street, 8th Floor
Carvel Office Building
Wilmington, DE 19801


Phillip A. Dye
Phillip A. Dye, Pro Se
403 Union Church Road
Suite 1 A
Townsend, DE 19734


Rebecca J. Dye
Rebecca J. Dye, Pro Se
403 Union Church Road
Townsend, DE 19734


Michael B. Joseph
Ferry, Joseph & Pearce, P.A.
824 Market St., Suite 904

```
P.O. Box 1351
Wilmington, DE 19899




Ellen W. Slights
U.S. Attorney's Office
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
```

**Total labels: 7**

**Not printed due to inadequate address: 6**