
# In The United States District Court
# For The Delaware District

| | |
|---|---|
| In re PHILLIP A. DYE, Debtor | ) Civil Action No. 05-684-KAJ |
| phillip allen dye and rebecca jane dye | ) Ref: Chapter 13 |
| Appellants | ) Case No. 05-11619 JFK |
| V. | ) Delivery Confirmation Number:<br>) 0306 0320 0005 3031 7236 |
| TRUSTEE MICHAEL B. JOSEPH | ) By Special Appearance |
| Appellee | ) |

To:

Peter T. Dalleo Clerk of Court
J Caleb Boggs Federal Building
844 North King Street Lockbox 18
Wilmington, DE 19801-3507



FILED
AUG 23 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Præcipe

1. Please stamp and docket each original document Notice of Void Order Ab Initio and Notice of Intent to Initiate Judicial Discipline Action. File one copy and send one copy to Chief Judge Sue L. Robinson for review and litigation in law and equity for evidence record.

2. Please stamp one copy of Notice of Void Order Ab Initio and Notice of Intent to Initiate Judicial Discipline Action and return in the enclosed self-address envelope.

3. Please stamp and docket the Notice of Appeal with the application to proceed without payment of fees and attached offer of tender of payment by Assignment of Account with security agreement and submit for litigation in law and equity.

4. Please stamp and docket the copy of the Notice of Appeal and return in the enclosed self-address envelope.

Date August 21, 2006

*phillip allen dye*

phillip allen dye
c/o 403 Union Church Road
Townsend, DE 19734