# In The United States District Court
# For The Delaware District

| | |
|---|---|
| In re PHILLIP A. DYE, Debtor | ) Civil Action No. 05-684-KAJ |
| phillip allen dye and rebecca jane dye | ) Ref: Chapter 13 |
| Appellants | ) Case No. 05-11619 JFK |
| V. | ) Delivery Confirmation Number: 0306 0320 0005 3031 7236 |
| TRUSTEE MICHAEL B. JOSEPH | ) By Special Appearance |
| Appellee | ) |

To:

Peter T. Dalleo Clerk of Court
J Caleb Boggs Federal Building
844 North King Street Lockbox 18
Wilmington, DE 19801-3570



FILED
AUG 23 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## *Notice of Appeal*

1. Pursuant to Rule 4(b) of the Federal Rules of Appellate Procedure, NOTICE IS HEREBY GIVEN, phillip allen dye and rebecca jane dye secure parties, creditors in their private natural capacity bring this action on their own behalf as members of the Delaware Republic private citizenry within the United States of America and for the debtor PHILLIP ALLEN DYE, hereby appeals to the United States Court of Appeals for the Third Circuit (1) from the Memorandum Order issued August 18, 2006 requesting reconsideration of the July 28, 2006 Memorandum Order in this court in the above-captioned case, (2) Memorandum Order issued July 28, 2006 Dismissing Bankruptcy Case 05-11619 JFK.

2. As final judgment was affirmed by Kent A. Jordon on August 18, 2006.

Date: August 21, 2006

*phillip allen dye*
phillip allen dye, Secure Party
c/o 403 Union Church Road
Townsend, Delaware [19734]

Print Postage Online - Go to www.usps.com/postageonline

Recycled Paper

PLEASE PRESS FIRMLY    PLEASE PRESS FIRMLY    PLEASE PRESS FIRMLY

**PRIORITY MAIL**
UNITED STATES POSTAL SERVICE®

United States Postal Service®

**DELIVERY CONFIRMATION**™

0306 0320 0005 3031 7236

TRY FREE CARRIER PICK-UP
usps.com/pickup

www.usps.com

From:

Phillip Dye
403 Union Church Rd.
Townsend, DE 19734-9117

To:
Peter T. Dalleo Clerk of Court
J Caleb Boggs Federal Building
844 North King Street Lockbox 18
Wilmington, DE 19801-3507

▲ Complete address information or place label here ▲

We Deliver.

HOW TO USE: