| | |
|---|---|
| Secured Parties phillip allen dye and rebecca jane dye | ) |
| Petitioners | ) Chapter 13 |
| | ) Bank, Case No. 05-11619 JFK |
| Sue L. Robinson | ) |
| J. Caleb Boggs Federal Building | ) Civil Action No. 05-684-KAJ |
| 844 North King Street | ) |
| Room 6124 Lock Box 31 | ) Delivery Confirmation Number: |
| Wilmington Delaware 19801 | ) 0306 0320 0005 3031 7236 |
| | ) |
| Chief Judicial Official | ) By Special Appearance |

# Notice of Void Order Ab Initio and

# Notice of Intent to Initiate Judicial Discipline Action

Sue L Robinson, Chief Judicial Officer,

1. The enclosed notice as titled above is submitted NOTICING as cited in the Notice. The court refused to its errors as evidenced in the notice resulting in liabilities of Judicial Disciplinary misconduct, thus rendering cause for civil action and or criminal action for misconduct of the judicial officers, resulting injury and damage to petitioners.

*Notice to the Principle is Notice to the Agent*

*Notice to the Agent is Notice to the Principle*

### *Sui Juris – Jural Summi Imperii*

I phillip allen dye and I rebecca jane Dye herein attest that the above statement is true and correct to best of my knowledge under penalty of perjury In My Private Capacity my Own Right Propria Persona Sui Jura Summi Imperii I affirm and execute this document. I therefore place my Autograph and Seal in Witness thereof.

Date: August 21, 2006

Autograph: *phillip allen dye*

Autograph: *rebecca jane Dye*

**THIS INSTRUMENT IS NON-NEGOTIABLE**

## In The United States District Court
## For The Delaware District

| | |
|---|---|
| In re PHILLIP A. DYE, Debtor ) | Civil Action No. 05-684-KAJ |
| ) | |
| phillip allen dye and rebecca jane dye ) | Ref: Chapter 13 |
| ) | |
| Appellants ) | Case No. 05-11619 JFK |
| ) | |
| V. ) | Delivery Confirmation Number: |
| ) | 0306 0320 0005 3031 7236 |
| TRUSTEE MICHAEL B. JOSEPH ) | |
| ) | By Special Appearance |
| Appellee ) | |

### Notice of Void Order Ab Initio
### Notice of Intent to Initiate Judicial Discipline Action

Comes Now the Appellants-Affiants, in their private natural capacity bring this action on their own behalf as members of the private citizenry of the United States of America, states as follows:

1. This action incorporates by reference all declarations set forth in the Docket Items 15, 19, and 20 in this case and all other filings from Appellants-Affiants in this appeal.

2. Pursuant to Title 28 United State Code §-1652 and §-2072(a)(b) the Memorandum Order Docket Item 23 is null and void on its face. The reasons cited in the order in an attempt to support the order are without merit having no force in law.

3. Kent A Jordon has persisted in performing his judicial public servant duties disregarding his obligation to perform said duties pursuant to Article VI of the Constitution, and disregarding his obligation to perform said duties pursuant to Title 28 United State Code §-1652 and §-2072(a)(b), and disregarding his obligation to comply with protecting the private property of private citizens such as phillip allen dye and rebecca jane dye in performing said duties.

4. Sue L Robinson, Chief Judicial Officer has refused to correct the errors of Kent A Jordon as demanded in docket items 15, 19, 20, thus appearing to conspire with Mr. Jordon using his judicial office to conspire against rights secured and protected by the "Bill of Rights" at Amendments 4, 5

and 14 of the Constitution for the United States of America.

5. THEREFORE, this Notice informs you of our intent to proceed with seeking Judicial Discipline Action for (a). Breach of Oath of Office, (b). Obstruction of justice by issuing orders that abridge and diminish substantive rights causing a denial of access of due process and equal protection of private property under constitutional law as declared in dockets Items 15, 19, 20 and the other filings, filed by the Appellants and docketed in this appeal case, (c) Failing to adhere to Judicial Rules of Procedure, (d) Issuing orders that abrogate and diminish the Constitution and Rights it secures and protects, ignoring evidence in fact, truth in law and equity, (e) Formulating decisions based on material non relevant to the case and the issues therein.

6. Notice of Intent to Initiate Judicial Review by the United States Supreme Court Judicial Discipline Review of judicial behavior, Civil and or Criminal Actions for judicial misconduct against substantive rights.

## *Autograph Verification and Authentication of Complaint*
### *Private Notary   Sui Juris – Jural Summi Imperii*

*I phillip allen dye, I rebecca jane Dye herein attest, affirm and declare, VERIFY and AUTHENTICATE that the above statements and declarations of evidentiary facts are true and correct to best of my knowledge under penalty of perjury In My Private Capacity my Own Right In Propria Persona Sui Jura Summi Imperii I affirm and execute verify and authenticate this complaint document. I therefore place my Autograph and Seal in Witness thereof.*

Date: August 21, 2006

Autograph: *phillip allen dye*

Autograph: *rebecca jane dye*



# Affidavit of Service

I, phillip allen dye publishing and affirming that I served one copy Notice of Void Order Ab Initio and Notice of Intent to Initiate Judicial Discipline Action by First Class Mail to the following men and women on the date August 21, 2006.

Michael B Joseph
824 Market St Suite 905
P O Box 1350
Wilmington, DE 19899-1350

Thomas D. H. Barnett
Draper & Goldberg, PLLC
PO Box 947 512 East Market Street
Georgetown, Delaware 19947-0947

Neil F Dignon
Draper & Goldberg, PLLC
PO Box 947 512 East Market Street
Georgetown, Delaware 19947-0947

Ellen W Slights
Assistant United States Attorney
1007 Orange Street Suite 700
Wilmington, Delaware 19899-2046

Stuart B Drowos Esquire
Deputy Attorney General
Delaware Division of Revenue
820 North French Street 8th Floor
Wilmington, Delaware 19801

_____
phillip allen dye
In care of: 403 Union Church Road
Townsend, Delaware [19734]