## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

CHAMBERS OF
SUE L. ROBINSON
CHIEF JUDGE



LOCKBOX 31
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
302 573-6310

September 8, 2006

Phillip Allen Dye
Rebecca Jane Dye
403 Union Church Road
Townsend, DE  19734-9117

      Re:  <u>Dye v. Trustee and I.R.S.</u>, Civ. No. 05-684-KAJ

Dear Mr. and Mrs. Dye:

    The court is in receipt of your August 7, 2006 correspondence requesting assistance in the above captioned case. Since your case is on appeal to the United States Court of Appeals for the Third Circuit, however, all inquiries and concerns should be directed there, instead of this court.

                  Sincerely,

                  Sue L. Robinson

cc:  Clerk of Court