| | |
|---|---|
| Secured Parties phillip allen dye and rebecca jane dye ) | ) Reference Chapter 13 |
| Petitioners ) | ) Case No. 05-11619 JFK |
| ) | ) |
| Sue L. Robinson ) | ) Civil Action No. 05-684-KAJ |
| J. Caleb Boggs Federal Building ) | ) |
| 844 North King Street ) | ) Delivery Confirmation Number: |
| Room 6124 Lock Box 31 ) | )   0306 0320 0005 3031 7458 |
| Wilmington Delaware 19801 ) | ) |
| ) | ) By Special Appearance |
| Chief Judicial Official ) | |

Re: To Sue L. Robinson's letter dated September 8, 2006, copy enclosed.

## Final Notice of Intent to Initiate Judicial Discipline Action

Sue L Robinson, Chief Judicial Officer,

1. Your response in your letter dated September 8, 2006 is unacceptable and merely reflects your continued attempt to negate your judiciary responsibility and public servant duty of performance of the oath of office sworn to perform.

2. Our demand for your assistance in the in the Dye v. Trustee Civ. No. 05-684-KAJ is that. Your responsibility and duty is to correct the wrong of the Judicial Public Servant Kent A Jordon. We regard your passing this matter to the Appeals Court as a refusal of you performing your obligation and duty and oath of office.

3. The actions of judicial officer Kent A. Jordon is your supervisory responsibility and your public servant duty to us as private citizens seeking redress and justice for wrongs against us by this official in your court.

4. THEREFORE, this is our final notice to you concerning your actions of Breach of your Oath of Office, Breach of Performance of Judicial Duties and Refusal to Correct the Wrong of Kent A. Jordon.

### Notice Of Intent To Initiate Civil and/or Criminal Actions and/or Judicial Discipline Actions
### Possible charges under consideration in the Intention of Initiating Actions

a. Breach of Fiduciary Duty of Upholding the "Oath of Office" and Upholding the Office of Public Trust.

b. The United States Code Title 42 §-1986 refusing knowledge and the right to stop and correct a wrong.

c. Title 28- Judiciary and Judicial Procedure, Chapter 13 Civil Rights, §-241 Conspiracy against private property rights and substantive rights.

d. Title 28- Judiciary and Judicial Procedure, Chapter 13 Civil Rights, §-242 Deprivation of rights under color of law.

e. Title 28- Judiciary and Judicial Procedure, Procedure §-2072 rules of evidence and rules of procedure.

f. Title 28- Judiciary and Judicial Procedure, Part V, Procedure Chapter III, General provisions at the §-1652.

g. The 4th Constitutional Amendment Deprivation of Security of Private Property and Substantive Rights.

    h. The 5th Constitutional Amendment Deprivation of full access to Due Process and Equal protection within Constitutional Equity Law.

    i. The United States Code Title 42 Chapter 21 Subchapter I §-1985–Conspiracy interfering with Substantive Rights.

    j. The United States Code Title 42 Chapter 21 Subchapter II obstructing the evidence in the case.

    k. The United States Code Title 42 Chapter 21 Subchapter III deprivation of the evidence in the case.

    l. This suit is not limited to the above potential and possible declared claims.

*Please Be Advised. This is a Legal Notice of Intent.*

5. Judicial Officer Judith L. Robinson you have 72 hours to respond to this Notice to Show Cause Why we Should Not Proceed with Civil and/or Criminal and Judicial Discipline Actions against You and Judicial Officer Kent A. Jordon. Forward copy to Kent A. Jordon.

*Notice to the Principle is Notice to the Agent*

*Notice to the Agent is Notice to the Principle*

*Sui Juris – Jural Summi Imperii*

I phillip allen dye and I rebecca jane Dye herein declare that the above statement is true and correct to best of my knowledge under penalty of perjury In My Private Capacity my Own Right Propria Persona Sui Jura Summi Imperii I affirm and execute this document. I therefore place my Autograph and Seal in Witness thereof.

Date: September 11, 2006

Autograph: *phillip allen dye*

Autograph: *rebecca jane Dye*

**THIS INSTRUMENT IS NON-NEGOTIABLE**



Page 2 of 2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

CHAMBERS OF
SUE L. ROBINSON
CHIEF JUDGE

LOCKBOX 31
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
302 573-6310



September 8, 2006

Phillip Allen Dye
Rebecca Jane Dye
403 Union Church Road
Townsend, DE  19734-9117

   Re: **Dye v. Trustee and I.R.S.**, Civ. No. 05-684-KAJ

Dear Mr. and Mrs. Dye:

 The court is in receipt of your August 7, 2006 correspondence requesting assistance in the above captioned case. Since your case is on appeal to the United States Court of Appeals for the Third Circuit, however, all inquiries and concerns should be directed there, instead of this court.

      Sincerely,

      Sue L. Robinson

cc: Clerk of Court