## In The United States District Court
## For The Delaware District

| | |
|---|---|
| In re PHILLIP A. DYE, Debtor | Civil Action No. 05-684-KAJ |
| phillip allen dye and rebecca jane dye | Ref: Chapter 13<br>Case No. 05-11619 JFK |
| Appellants | |
| V. | **Third Circuit Appeals Court**<br>**No: 06-3886** |
| TRUSTEE MICHAEL B. JOSEPH | |
| Appellee | |

To:

Peter T. Dalleo Clerk of Court
J Caleb Boggs Federal Building
844 North King Street Lockbox 18
Wilmington, DE 19801-3570

Delivery Confirmation Number:
0306 0320 0005 3031 8783

### Præcipe

### Notice of Appeal - Amendment

1. The original notice of appeal was attached a Statement of Assignment of Offer of Tender of Payment of the filing fee of $350.00, whereas the actual fee is $455.00.

2. The enclosed offer of tender of payment of $105.00 to offer full payment to cover the $455.00. The balance of $105.00 is included in this amendment.

3. Please stamp the copy Præcipe and return in enclosed envelope.

Thank You!

Date: October 02, 2006

*phillip allen dye*

phillip allen dye, Secure Party
c/o 403 Union Church Road
Townsend, Delaware [19734]



FILED
OCT -3 2006
U.S. DISTRICT
DISTRICT OF DELAWARE




**PRIORITY MAIL**
UNITED STATES POSTAL SERVICE®

$4.55
0002?508-01

19801

DELIVERY CONFIRMATION™

0320 0005 3031 8783

**From:**
Phillip A. Dye
403 Union Church Rd.
Townsend, DE 19734-9117

**To:**
Peter T. Dalleo Clerk of Court
J Caleb Boggs Federal Building
844 North King Street Lockbox 18
Wilmington, DE 19801-3570

TRY FREE CARRIER PICK-UP
usps.com/pickup

We Deliver.
www.usps.com

This packaging is the property of the U.S. Postal Service ® and is provided solely for use in sending Priority Mail ®. Misuse may be a violation of federal law. © January 2004 ALL RIGHTS RESERVED

▼ Complete address information or place label here ▼

**TO USE:**

1. **COMPLETE ADDRESS AREA**
Type or print return address and addressee information in designated area or on label.

2. **PAYMENT METHOD**
Affix postage or meter strip to area indicated in upper right hand corner.

3. **ATTACH LABEL** (Optional)
Remove label backing and affix in designated location.

4. Bring your Priority Mail package to a post office, present it to your letter carrier, or call 1-800-222-1811 for pick up service. Stamped mail may be deposited in a collection box **ONLY** if it weighs less than 16 ounces.