IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 13 |
| | ) | |
| PHILLIP A. DYE, | ) | Bank. Case No. 05-11619 JKF |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| PHILLIP A. DYE and REBECCA J. DYE, | ) | |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-684-KAJ |
| | ) | |
| TRUSTEE MICHAEL B. JOSEPH, | ) | |
| | ) | |
| Appellee. | ) | |

**ORDER**

At Wilmington this 6th day of October 2006, the court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application (D.I. 26, 27) is DENIED based on plaintiff's annual income of $35,640.00. See D.I. 1.

UNITED STATES DISTRICT JUDGE