# In The United States District Court
# For The Delaware District

| | |
|---|---|
| In re PHILLIP A. DYE, Debtor | ) Civil Action No. 05-684-KAJ |
| | ) |
| phillip allen dye and rebecca jane dye | ) Ref: Chapter 13 |
| | ) |
| Appellants | ) Case No. 05-11619 JFK |
| | ) |
| V. | ) |
| | ) |
| TRUSTEE MICHAEL B. JOSEPH | ) |
| | ) |
| Appellee | ) |

To:

Peter T. Dalleo Clerk of Court
J Caleb Boggs Federal Building
844 North King Street Lockbox 18
Wilmington, DE 19801-3507



FILED
OCT 31 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Præcipe

1. Please stamp, file and docket for the record one original Objection of Order Denying In Forma Pauperis Application Declaration of Void Order Ab Init for litigation in law and equity.

2. Please stamp the second document Objection of Order Denying In Forma Pauperis Application Declaration of Void Order Ab Init and return in enclosed envelope.

Date October 27, 2006

*phillip allen dye*

phillip allen dye
c/o 403 Union Church Road
Townsend, DE 19734