# In The United States District Court
# For The Delaware District

| | |
|---|---|
| In re PHILLIP A. DYE, Debtor ) | Civil Action No. 05-684-KAJ |
| ) | |
| phillip allen dye and rebecca jane dye ) | Ref: Chapter 13 |
| ) | |
| Appellants ) | Case No. 05-11619 JFK |
| ) | |
| V. ) | Delivery Confirmation Number: |
| ) | 0306 0320 0005 3031 7236 |
| TRUSTEE MICHAEL B. JOSEPH ) | |
| ) | |
| Appellee ) | |



FILED OCT 3 1 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

## Objection of Order Denying In Forma Pauperis Application
## Declaration of Void Order Ab Init

Comes Now I phillip allen dye Affiant in my private natural capacity a member of the private citizenry of America bring this action of objection on my own behalf, declare as follows:

1. The order issued by Kent A Jordon dated October 6, 2006 clearly demonstrates that Mr. Jordon has no respect for the rules of procedure of his court, for facts declared as evidence in his court by affidavit or otherwise, nor his contract obligation of his oath of office or his contract obligation of his fiduciary duty to perform his oath.

2. The order to denied based on information that PHILLIP ALLEN DYE has an annual income of $35,640.00. This information concerns PHILLIP ALLEN DYE who is an artificial corporate person, Constructive Trust. This information has no application to me phillip allen dye a natural private man. This fact was clearly articulated in the appeal Mr. Kent A. Jordon previously denied.

3. The application to proceed in this appeal to the United States Court of Appeals was submitted by me the private natural citizen who has no income as declared on the form. Kent A Jordon is aware of these facts and he continues to choose the course of action that constitutes denying me the Bill of Rights secured and protected substantive right to due process and equal protection under the Bill of Rights, Constitutional law.

4. I phillip allen dye object and vicariously appose the order denying the request to proceed without payment of fees. The order is based on information falsely used and presented by Kent A Jordon.

5. Even though Ken A Jordon is noticed that he is party in a civil action charged with conspiracy against my rights secured by the Bill of Rights and breach of his oath of office contract, he continues to litigate in matters concerning me. Such actions constitute a gross conflict of interest. His decision to deny this request is purely motivated by acts of Retaliation against me because I filed a civil action naming him as a co-conspirator against my substantive rights.

6. The Honorable Duty is that Mr. Kent A Jordon should have immediately effected Recusal of himself from this matter. Instead he chose to execute his judicial bias, judicial prejudice and judicial retaliation against me, while performing his judicial public servant duties disregarding his obligation to perform said duties pursuant to Article VI of the Constitution, and disregarding his obligation to perform said duties pursuant to Title 28 United State Code §-1652 and §-2072(a)(b), and disregarding his obligation to comply with protecting the private property of private citizen such as phillip allen dye in performing said duties.

7. Sue L Robinson, Chief Judicial Officer has refused to correct the errors of Kent A Jordon, thus appearing to conspire with Kent A. Jordon using his judicial office to conspire against my substantive rights secured and protected by the "Bill of Rights" at Amendments 4, 5 and 14 of the Constitution for the United States of America.

8. THEREFORE, the order issued by Kent A. Jordon is null and void on its face pursuant to Title 28 United State Code §-1652 and §-2072(a)(b) and the Bill of Rights; And

9. This court is commanded by the Positive Law cited about and Permanent Injunction of the Bill of Rights that prohibit such action performed by Kent A. Jordon to declare the action of this order as Null and Void, having no lawful or legal force.

10. I phillip allen dye, affiant affirm number 9 and conclude this affidavit.

## *Autograph Verification and Authentication of this Affidavit*
### *Private Notary   Sui Juris – Jural Summi Imperii*

*I phillip allen dye herein attest, affirm and declare, VERIFY and AUTHENTICATE that the above declarations of evidentiary facts are true and correct to best of my knowledge under penalty of perjury. In My Private Capacity my Own Right In Propria Persona Sui Jura Summi Imperii I affirm and execute verify and authenticate this Affidavit. I therefore place my Autograph and Seal in Witness thereof.*

Date: October 27, 2006

Autograph: *phillip allen dye*



## Affidavit of Service

I, phillip allen dye publishing and affirming that I served one Objection of Order Denying In Forma Pauperis Application Declaration of Void Order Ab Init by First Class Mail to the following men and women on the date October 27, 2006.

Michael B Joseph
824 Market St Suite 905
P O Box 1350
Wilmington, DE 19899-1350

Thomas D. H. Barnett
Draper & Goldberg, PLLC
PO Box 947 512 East Market Street
Georgetown, Delaware 19947-0947

Neil F Dignon
Draper & Goldberg, PLLC
PO Box 947 512 East Market Street
Georgetown, Delaware 19947-0947

Ellen W Slights
Assistant United States Attorney
1007 Orange Street Suite 700
Wilmington, Delaware 19899-2046

Stuart B Drowos Esquire
Deputy Attorney General
Delaware Division of Revenue
820 North French Street 8th Floor
Wilmington, Delaware 19801

*phillip allen dye*
_____
phillip allen dye
In care of: 403 Union Church Road
Townsend, Delaware 19734

Phillip A. Dye
403 Union Church Rd.
Townsend, DE 19734-9117



Peter T. Dalleo Clerk of Court
J Caleb Boggs Federal Building
844 North King Street Lockbox 18
Wilmington, DE 19801-3507