UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 06-3886

In Re: Dye, et al.

vs.

Phillip A. Dye, Appellant

(Delaware District Bankruptcy No. 05-cv-00684)

O R D E R

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

It is O R D E R E D that the above-entitled case is hereby dismissed for failure to timely prosecute,

It is FURTHER O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

For the Court,

*Marcia M. Waldron*
Clerk

Date: March 26, 2007
cc:
    Phillip A. Dye
    Michael B. Joseph, Esq.
    Stuart B. Drowos, Esq.

A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk